**Kenneth A. GREENE, Plaintiff— Appellant,**

v.

**BALTIMORE GAS AND ELECTRIC COMPANY, Defendant— Appellee.**

No. 04–1815.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 17, 2004.

Kenneth A. Greene, Appellant pro se. Barbara Ann Gaughan, Constellation Energy Group, Baltimore, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Kenneth A. Greene appeals the district court's order denying his motion for a preliminary injunction and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Greene v. Baltimore Gas and Elec. Co.,* No. CA–04–1867–WDQ (D.Md. June 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*